UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON
CASE NO. 23-cv-20068 SCOLA/GOODMAN

MedEnvios Healthcare, Inc.,

        Plaintiff,

v.

Xavier Becerra, Secretary, U.S.
Department of Health and Human
Services,

        Defendant.
_____/

## AMENDED SCHEDULING ORDER

This action is set for a hearing on all dispositive motions on **March 21, 2024 at 8:30 a.m**. at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida.

1. The parties must comply with the following amended schedule:

| | |
|---|---|
| January 16, 2024 | Deadline for the filing of all dispositive motions in relation to consolidated legal issues. |

2. <u>References to documents in summary-judgment motions</u>. When a party files a motion for summary judgment, the party must include the ECF number of any exhibits or other documents referred to in the motion or the accompanying statement of material facts (required by Local Rule 56.1). This means that if a document is not already on the record, a

1

party will need to submit a *Notice of Filing* **before** he or she files the summary-judgment motion and the statement of material facts.

3. <u>Hearing Exhibits</u>. All hearing exhibits must be pre-marked. Plaintiff's exhibits must be marked numerically with the letter "P" as a prefix. Defendant's exhibits must be marked alphabetically with the letter "D" as a prefix. A list setting out all exhibits must be submitted at the time of the hearing. This list must indicate the pre-marked identification label (*e.g.*, P-1, or D-A) and must also include a brief description of the exhibit.

4. <u>Settlement Conference Before Magistrate Judge</u>. The Court understands that the parties have already attended a mediation. Nevertheless, the parties may, at any time, file a motion requesting an additional settlement conference before the Undersigned. The Court encourages the parties to consider another confidential settlement conference, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

5. <u>Settlement Notification</u>. If this matter is settled, counsel are directed to inform the Court promptly via telephone (305-523-5140) and/or e-mail (scola@flsd.uscourts.gov).

**DONE AND ORDERED** in Chambers, at Miami, Florida, on October 26, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
Counsel of Record